**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Kimberly Passananti<br>v.<br>County of Cook and John Sullivan | FILED: MAY 14, 2008<br>08CV2803   J.N.<br>JUDGE DARRAH<br>MAG. JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kimberly Passananti

| NAME (Type or print) |
|---|
| Luke A. Casson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Luke A. Casson |
| FIRM |
| Andreou & Casson, Ltd. |
| STREET ADDRESS |
| 661 W. Lake St., Suite 2N |
| CITY/STATE/ZIP |
| Chicago, Illinois 60661-1034 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6257881 | 312.935.2000/ 312.935.2001 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐