THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY PASSANANTI,<br><br>Plaintiff,<br><br>vs.<br><br>THE COUNTY OF COOK, ILLINOIS, a unit of local Government, COOK COUNTY SHERIFF'S DEPARTMENT, JOHN P. SULLIVAN, in his individual capacity.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2008 CV 2803<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the 2nd day of JULY, 2008, we will have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division: **WAIVERS OF SERVICE OF SUMMONS FOR DEFENDANT COOK COUNTY SHERIFF'S DEPARTMENT AND JOHN P. SULLIVAN**, copies of which are hereto attached.

Luke A. Casson, Esq.
ANDREOU & CASSON, LTD.
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
(312) 935-2000

### PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants with an appearance on file in this matter, on this 2nd day of JULY, 2008.

/s/ *Luke A. Casson*
Luke A. Casson