THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY PASSANANTI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2008 CV 2803 |
| ) | |
| THE COUNTY OF COOK, ILLINOIS, a unit ) | |
| of local Government, COOK COUNTY ) | |
| SHERIFF'S DEPARTMENT, JOHN P. ) | |
| SULLIVAN, in his individual capacity. ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the **8th day of JULY, 2008**, we will have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division: **WAIVER OF SERVICE OF SUMMONS FOR DEFENDANT COOK COUNTY**, copies of which are hereto attached.

Luke A. Casson, Esq.
ANDREOU & CASSON, LTD.
661 West Lake Street, Suite 2N
Chicago, Illinois 60661
(312) 935-2000

### PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants with an appearance on file in this matter, on this **8th day of JULY, 2008**.

/s/ *Luke A. Casson*
Luke A. Casson