**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:   08 C 2803

Passananti v. County of Cook, Cook County

Sheriff's Department and John P. Sullivan

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

County of Cook, Cook County Sheriff's Department and John P. Sullivan

NAME (Type or print)
Donald R. Hallsten, Jr.

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
          s/Donald R. Hallsten, Jr.

FIRM   Cook County State's Attorney's Office

STREET ADDRESS   500 R J Daley Ctr.

CITY/STATE/ZIP   Chicago, IL 60602

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   #6243066          TELEPHONE NUMBER   (312) 603-3716

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                         APPOINTED COUNSEL

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                         APPOINTED COUNSEL