IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY PASSANANTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CV 2803 |
| | ) | |
| THE COUNTY OF COOK, ILLINOIS, a unit | ) | Judge John W. Darrah |
| of local Government, COOK COUNTY | ) | |
| SHERIFF'S DEPARTMENT, JOHN P. | ) | Magistrate Judge Denlow |
| SULLIVAN, in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Luke A. Casson
      Andreou & Casson, Ltd.
      661 West Lake Street, Suite 2N
      Chicago, Illinois 60661

**PLEASE TAKE NOTICE** that Wednesday, August 20, 2008, at 9:00 a.m., I will appear before The Honorable John W. Darrah in the courtroom usually occupied by him in the federal courthouse, 219 South Dearborn St., Chicago, Illinois, and will then and there present the following *DEFENDANT'S MOTION TO DIMISS PLAINTIFF'S COMPLAINT* a copy of which are attached and served upon you:

                              RICHARD A. DEVINE
                              State's Attorney of Cook County

                       By:    s/ Donald R. Hallsten, Jr.
                              Donald Hallsten, Jr.
                              Assistant State's Attorney
                              500 Richard J. Daley Center
                              Chicago, Illinois 60602
                              (312) 603-3032
                              A.R.D.C.# 6243066

## CERTIFICATE OF SERVICE

    I, DONALD R. HALLSTEN, JR.**,** Assistant State's Attorney, hereby certify that I electronically filed the above-identified documents using the CM/ECF system which will send notification of such filing to the above referenced individual on July 14, 2008.

                                                                "s/ Donald R. Hallsten, Jr." A.R.D.C.# 6243066