# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08-cv-2803 | **DATE** | 5/5/10 |
| **CASE TITLE** | Passananti v. Cook County et al. | | |

**DOCKET ENTRY TEXT:**

As stated on the record, Defendants' Motion to Amend/Correct their Answer [48] is denied. Trial is less than five weeks away. Defendants failed to demonstrate that their late amendment was not the product of undue delay or that Plaintiff would not be unfairly prejudiced if Defendants were allowed to assert additional affirmative defenses this close to trial.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|