**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KIMBERLY PASSANANTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2008 CV 2803 |
| | ) | |
| THE COUNTY OF COOK, ILLINOIS, a unit | ) | |
| of local Government, COOK COUNTY | ) | |
| SHERIFF⁄S DEPARTMENT, JOHN P. | ) | |
| SULLIVAN, in his individual capacity, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S MOTION IN LIMINE #3**
**(TO BAR INTRODUCTION OR USE OF DOCUMENTS NOT TENDERED OR**
**DISCLOSED IN DISCOVERY)**

Now come the Plaintiffs by their attorneys, Andreou & Casson, Ltd. and move for

an Order in Limine barring Defendants from introducing or using in any way any

document not tendered or disclosed in discovery.  In support of this Motion, Plaintiffs

state the following:

1.     The conduct of discovery is within the discretion and authority of the

       Court.

2.     By order of this Court, discovery was ordered closed on May 28, 2004.

       Subsequently, the Court re-opened discovery and permitted the parties to

       conduct additional discovery based upon the late disclosure of documents

       by the Defendants. Discovery sanctions were issued by the Court.

3.     The purpose of discovery is to provide each party with adequate advance

       notice of issues to be tried by the Court.

4.     A party who fails to disclose information required under the Federal Rules of Civil Procedure is not permitted to use such information at trial not so disclosed. FRCP 37(c)(1).

WHEREFORE, Plaintiffs respectfully pray that this Court enter an Order in Limine barring the Defendants from introducing or using any documents which they failed to disclose during discovery.

Respectfully Submitted,

By: _____
         Luke A. Casson

Luke A. Casson
Andreou & Casson, Ltd.
661 West Lake St., Suite 2N
Chicago, IL 60661
312.935.2000/ *312.935.2001*