# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08-cv-2803 | **DATE** | 06/03/10 |
| **CASE TITLE** | Passananti v. County of Cook, Illinois et al. | | |

**DOCKET ENTRY TEXT**

All pending motions *in limine* were presented at the pretrial conference on 6/1/10. Defendants' Motion *in Limine* [68] is granted. Plaintiff's Motion *in Limine* #1 [71] is taken under advisement. Defendants shall file a response before trial. All other motions *in limine* [72, 73, 74] are denied as stated on the record. For further details, see statement below.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

     Defendants' Motion *in Limine* [68] is granted. Plaintiff's Motion *in Limine* #1 [71] is denied as to the testimony of Rosemarie Nolan and taken under advisement as to testimony of Edward Healy and Zelda Wittler. Defendants shall file a written response before trial. Plaintiff's Motions *in Limine* #2 and #3 [72, 73] are denied without prejudice to raise the objections at the time of trial. Plaintiffs' Motion *in Limine* #4 [74] is denied as moot. Defendants' oral motion to exclude the testimony of certain witnesses based on abuse of process is denied.

     None of the exhibits listed in the Pretrial Order are deemed admitted. Parties must move all exhibits into evidence during trial. Additionally, no standing objections to the exhibits listed in the Pretrial Order are entered. Failure to object to the admissibility of any evidence at trial will constitute a forfeiture of any objection to the admissibility of that evidence.