THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY PASSANANTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 08 CV 2803 |
| | ) | |
| THE COUNTY OF COOK, ILLINOIS, a unit of local Government, COOK COUNTY SHERIFF'S DEPARTMENT, JOHN P. SULLIVAN, in his individual capacity. | ) ) ) ) ) ) | Judge John W. Darrah<br><br>Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATEMENT OF THE CASE**

    The Plaintiff, KIMBERLY PASSANANTI, claims that she was subjected to gender discrimination and sexually harassing conduct by the Cook County Sheriff's Department and Director of the Day Reporting Unit, John Sullivan, and terminated in March, 2007 because of her gender. Mrs. Passananti asserts that the Defendants' conduct was in violation of Title VII of the Civil Rights Act of 1991 and in violation of the equal protection clause of the 14th Amendment to the U.S. Constitution.

    The Defendants deny that the Plaintiff was subjected to gender discrimination and sexually harassing conduct and claim that the Plaintiff was terminated as a result of budget considerations.

| | |
|---|---|
| For the Plaintiff | For the Defendants |
| By: */s/Luke A. Casson* | By:*/s/Donald Hallsten* |
| Luke A. Casson, counsel for Plaintiff | Donald Hallsten, counsel for Defendants |