**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Kimberly Passananti
                                      Plaintiff,

v.                                                                         Case No.: 1:08−cv−02803
                                                                               Honorable John W. Darrah

County of Cook, Illinois, The, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 9, 2010:

      MINUTE entry before Honorable John W. Darrah: Jury trial held and continued to 6/10/10 at 10:00 a.m. Mailed notice(maf )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.